1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
9                              AT TACOMA
10
11   LENIER AYERS,                          Case No.  C08-5541RJB/KLS
12                    Plaintiff,
                                            ORDER GRANTING
13          v.                              APPLICATION TO PROCEED *IN
                                            FORMA PAUPERIS*
14   HENRY RICHARDS, *et al.,*
15                    Defendants.
16
17          Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*.  Dkt. # 1.
18   Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED**.  Plaintiff is  currently
19   detained at the State of Washington Department of Social and Health Services' Special Commitment Center,
20   located at McNeil Island, and does not appear to have funds available to afford the court filing fee.
21          The Clerk is directed to mail a copy of this Order to Plaintiff.
22
23          DATED this  _29th_  day of September, 2008.
24
25
26                                          _Karen L. Strombom_
                                            Karen L. Strombom
27                                          United States Magistrate Judge
28

ORDER
Page - 1