UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LENIER AYERS,

        Plaintiff,

    v.

HENRI RICHARDS, *et al.*,

        Defendants.

Case No. C08-5541 RJB/KLS

ORDER TO PROVIDE MARSHAL FORMS

This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 1, 3 and 4. Plaintiff has been granted leave to proceed *in forma pauperis* (Dkt. # 3) and has filed a First Amended Complaint. Dkt. # 15. Plaintiff has not provided marshal forms for service of his First Amended Complaint.

Accordingly, it is **ORDERED:**

(1) **The Clerk of the Court is directed to send the appropriate service forms to Plaintiff.**

(2) Plaintiff is directed to fill out the forms with complete addresses for each named Defendant so that the U.S. Marshal may attempt service by mail. These documents must be returned to the Clerk on or before **March 27, 2009,** or the Court will recommend dismissal of this action for failure to prosecute.

(3) The Clerk shall send a copy of this Order to Plaintiff.

DATED this 23rd day of February, 2009.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1