UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LENIER AYERS,<br><br>                Plaintiff,<br><br>     v.<br><br>HENRI RICHARDS, *et al.*,<br><br>                Defendants. | Case No. C08-5541 RJB/KLS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' ANSWER |

      Before the Court is Plaintiff's motion for an extension of time. Dkt. 39. Plaintiff requests additional time within which to file a response to Defendants' Answer to Plaintiff's First Amended Complaint filed on June 1, 2009. Dkt. 38.

      Defendants' Answer contains no counterclaim and the Court has not ordered that a response to the Answer is required. Under these circumstances, the Federal Rules of Civil Procedure do not allow or require the filing of a response to the Defendants' Answer to the Complaint in this case. *See* Fed. R. Civ. P. 7. Accordingly, there is no need for the extension of time sought by Plaintiff and therefore, his motion (Dkt. 38) shall be **DENIED**.

      The Clerk is directed to send a copy of this Order to Plaintiff and to counsel for Defendants.

      **DATED** this 15th day of June, 2009.

                                                  Karen L. Strombom
                                                United States Magistrate Judge