# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LENIER AYERS, <br><br> Plaintiff, <br><br> v. <br><br> HENRY RICHARDS, et al., <br><br> Defendants. | NO. C08-5541 RJB/KLS <br><br> ORDER ON DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THEIR DISPOSITIVE MOTION |

THIS MATTER having come before the Court without oral argument on defendants' Motion for Extension of Time to File Their Dispositive Motion (DKT. 49) and the Court, having reviewed the records and files herein, does hereby find and **ORDER**:

1. Defendants' motion is **GRANTED**.

2. The cutoff date for the filing of dispositive motions is **December 14, 2009.**

3. The Clerk is directed to send copies of this Order to the plaintiff and to counsel for defendants.

DATED this 18th day of December, 2009.

Karen L. Strombom
United States Magistrate Judge