# United States District Court

WESTERN DISTRICT OF WASHINGTON

LENIER AYERS

v.

HENRY RICHARDS, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5541RJB

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court **ADOPTS** the Report and Recommendation of Magistrate Judge Karen L. Strombom (Dkt. 81).

| June 17, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk