UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LENIER AYERS,<br><br>                                Plaintiff,<br><br>     v.<br><br>HENRY RICHARDS, RICHARD STEINBACH, MIKE HOGAN, JERAMY DORFNER, BECKY DENNY, JOSE GARCIA, LESLIE SZIEBERT, THOMAS BELL, and KRYSTAL KNUTSON,<br><br>                                Defendants. | No. C08-5541 RJB/KLS<br><br>ORDER GRANTING DEFENDANTS' MOTION TO FILE OVERLENGTH SUMMARY JUDGMENT BRIEF |

Before the court is Defendants' Motion For Leave to File Overlength Brief, namely, Defendants' Second Motion for Summary Judgment. Dkt. 106. Having considered the motion and balance of the file,

It is **ORDERED**:

1)     Defendants' Motion for Leave to File Overlength Brief of up to ten additional pages (Dkt. 106) is **GRANTED.** Pursuant to CR 7(f)(4), any brief in opposition will automatically be allowed an equal number of additional pages. In all cases, the reply brief shall not exceed one-half the total length of the brief filed in opposition.

**DATED** this  30th  day of August, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1