# United States District Court

WESTERN DISTRICT OF WASHINGTON

LENIER AYERS,

                          JUDGMENT IN A CIVIL CASE

      v.

                          Case No. C08-5541 RJB/KLS

HENRY RICHARDS, *et al.*,

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation (Dkt. 118); and

(2) Defendants' second motion for summary judgment (Dkt. 110) is **GRANTED** and all remaining claims against Defendants are **DISMISSED WITH PREJUDICE.**

| December 2, 2010 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

                                                *s/ Mary Trent*

                                                Deputy Clerk